**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JEONG-SU KIM, HUE-SOUNG JUN, and JONG MIN LEE on behalf of themselves and all others similarly situated, | Case No.: 1:21−cv−05287 |
| Plaintiffs, | Honorable John Robert Blakey |
| v. | |
| McDONALD'S USA, LLC, a Delaware limited liability company, and McDONALD'S CORPORATION, a Delaware corporation, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

Pursuant to Federal Rule 41(a)(1)(A)(i), Plaintiffs Jeong-Su Kim, Hue-Soung Jun, and Jong Min Lee hereby voluntarily dismiss the above-identified civil action without prejudice.

Dated: October 24, 2022

Respectfully submitted,

By: */s/ Shannon M. McNulty*

Shannon M. McNulty
**Clifford Law Offices**
120 North LaSalle Street
36th Floor
Chicago, IL 60602
Tel: (312) 899-9090
smm@CliffordLaw.com

Christopher L. Lebsock*
Michael P. Lehmann*
**HAUSFELD LLP**
600 Montgomery St. #3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
clebsock@hausfeld.com
mlehmann@hausfeld.com

James J. Pizzirusso*
Jane I. Shin*
**HAUSFELD LLP**
888 16th Street, N.W.
Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
jpizzirusso@hausfeld.com
jshin@hausfeld.com

Amy E. Keller
**Dicello Levitt Gutzler**
Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
akeller@dicellolevitt.com

*Pro hac vice to be sought*

***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 24, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record.

*/s/ Shannon M. McNulty*
Shannon M. McNulty
